UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| **MEREDITH-SPRINGFIELD ASSOCIATES, INC.,** *Plaintiff* vs. **PUMA LOGISTICS, LLC,** *Defendants* | Civil Action No. 17-30035 MGM |

### AFFIDAVIT OF ELIZABETH S. ZUCKERMAN AS TO ATTORNEYS' FEES AND COSTS CHARGEABLE TO PUMA LOGISTICS, LLC

I, Elizabeth Zuckerman, Esq., hereby depose and state as follows:

1. I am an attorney of record in this matter and an associate at Bulkley, Richardson and Gelinas, LLP, 1500 Main Street, Suite 2700, Springfield, MA, 01115.

2. I submit this affidavit to document the fees incurred by my client, Meredith-Springfield Associates, Inc., in connection with its prosecution of its claims against Puma Logistics, LLC ("Puma"), per the Court's order at a January 8, 2018, hearing on default judgment and damages (Dkt. 28).

3. To date, $7,900.50 has been billed to the Plaintiff for legal services rendered on this case due to the conduct of Puma.

4. Other costs incurred in pursuing this matter, which are attributable to Puma's conduct, including attempts at service upon Puma, have totaled $198.80.

5. Copies of invoices evidencing attorneys' fees and costs, which have been redacted to exclude fees and costs not attributable to Puma's conduct, are attached hereto as Tab 1.

6. These figures represent the fees and costs associated with pursuing claims against the defaulting defendant, Puma, or against J.P. Morgan Chase Bank, N.A., which was involved

1

in the litigation only due to Puma's wrongful conduct, which included depositing a check without the required endorsement and converting the proceeds.

7.  The time spent was reasonable and necessary. The hourly rates charged are reasonable as compared with other law firms in the Springfield area performing and providing similar services.

WHEREFORE, Meredith-Springfield requests that the attorneys' fees and costs it has incurred to date, for a total amount of $8,099.30, be included by this Court in any default judgment award.

**Signed and subscribed under the pains and penalties of perjury on January 12, 2018.**

> */s/ Elizabeth S. Zuckerman*
> Elizabeth S. Zuckerman
> Bulkley, Richardson and Gelinas, LLP
> 1500 Main Street, Suite 2700
> P.O. Box 15507
> Springfield, MA 01115-5507
> Tel. 413-272-6219
> Fax 413-272-6804
> ezuckerman@bulkley.com

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via U.S. first class mail to those indicated as non-registered participants on January 12, 2018.

> */s/ Elizabeth S. Zuckerman*

2610037v1