# TAB 1

 **BULKLEY RICHARDSON**

BULKLEY, RICHARDSON AND GELINAS, LLP
1500 Main Street, Suite 2700
P.O. Box 15507
Springfield, MA  01115-5507

Voice:      413-781-2820
Fax:        413-747-0770
Fed Tax ID:   04-2227402

October 26, 2016

Meredith-Springfield Associates, Inc.
CONFIDENTIAL
Attn: Melvin C. O'Leary, Jr., President/CEO
321 Moody Street
Ludlow, MA  01056

Invoice  168746
File Number 30012-00002

For Professional Services

Re: **Shipping Dispute**

Through October 15, 2016

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 10/05/16 | RJB | Email correspondence to Mr. O'Leary; review Puma Logistics settlement offer | 0.50 | $102.50 |
| 10/06/16 | RJB | Meeting with Mr. Poindexter; telephone conference with Attorney Maltby; email correspondence to Attorney Maltby regarding check from Puma Logistics | 0.70 | $143.50 |
| 10/12/16 | RJB | Telephone conference with Attorney Maltby; email correspondence to Mr. O'Leary; email correspondence to Mr. Poindexter | 0.70 | $143.50 |

**Total Fees**

**Legal Services Summary**



**BULKLEY RICHARDSON**

BULKLEY, RICHARDSON AND GELINAS, LLP
1500  Main Street, Suite 2700
P.O.  Box 15507
Springfield, MA  01115-5507

Voice:      413-781-2820
Fax:        413-747-0770
Fed Tax ID:   04-2227402

January 31, 2017

Meredith-Springfield Associates, Inc.
CONFIDENTIAL
Attn: Melvin C. O'Leary, Jr., President/CEO
321 Moody Street
Ludlow, MA  01056

Invoice  170848
File Number 30012-00002

For Professional Services

Re: **Shipping Dispute**

Through January 15, 2017

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/22/16 | RJB | Legal research; research regarding Puma Logistics; revise complaint | 1.00 | $225.00 |

**Total Fees**

**Legal Services Summary**

Page 1



**BULKLEY, RICHARDSON AND GELINAS, LLP**
1500 Main Street, Suite 2700
P.O. Box 15507
Springfield, MA  01115-5507

Voice:    413-781-2820
Fax:      413-747-0770
Fed Tax ID:   04-2227402

February 23, 2017

Meredith-Springfield Associates, Inc.
CONFIDENTIAL
Attn: Melvin C. O'Leary, Jr., President/CEO
321 Moody Street
Ludlow, MA  01056

Invoice  171357
File Number 30012-00002

For Professional Services

Re: **Shipping Dispute**

Through February 15, 2017

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 01/17/17 | RJB | Telephone conference with Great American Insurance Company | 0.60 | No Charge |
| 01/25/17 | RJB | Conference with Mr. Poindexter; revise complaint to add Puma Logistics as party and add Chapter 93A claim; legal research | 1.40 | No Charge |
| 01/25/17 | JEP | Review complaint | 0.50 | $180.00 |
| 02/03/17 | RJB | Conference with Mr. Poindexter regarding additional of new defendant and new claims | 0.30 | $67.50 |
| 02/07/17 | JEP | Revise correspondence to Mr. Maltby; review additional information from Meredith; review information regarding falsely cashed check | 0.50 | $180.00 |
| 02/07/17 | JEP | Telephone conference with Mr. O'Leary | 1.00 | No Charge |
| 02/07/17 | RJB | Conference with Mr. Poindexter; telephone conference with Great American Insurance Company; revise complaint; research regarding shipping tariffs; research claims against bank | 1.00 | $225.00 |
| 02/08/17 | RJB | Telephone conference with Great American Insurance Group | 1.00 | $225.00 |

### Bulkley, Richardson and Gelinas, LLP

Meredith-Springfield Associates, Inc.
File Number 30012-00002 - JEP

February 23, 2017
Invoice  171357

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | regarding check affidavit; revise complaint; corporate research regarding PNC Bank | | |



**BULKLEY, RICHARDSON AND GELINAS, LLP**
1500 Main Street, Suite 2700
P.O. Box 15507
Springfield, MA  01115-5507

Voice:      413-781-2820
Fax:         413-747-0770
Fed Tax ID:   04-2227402

March 27, 2017

Meredith-Springfield Associates, Inc.
CONFIDENTIAL
Attn: Melvin C. O'Leary, Jr., President/CEO
321 Moody Street
Ludlow, MA  01056

Invoice  171980
File Number 30012-00002

For Professional Services

### Re: Shipping Dispute

Through March 15, 2017

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/28/17 | RJB | Email Mr. Poindexter regarding affidavit requested by insurance company | 0.10 | $22.50 |
| 03/02/17 | RJB | Telephone conference with Mr. Poindexter regarding settlement and bank affidavit | 0.30 | $67.50 |
| 03/08/17 | RJB | Revise complaint; legal research; telephone conference with Mr. Lane and Great American Insurance | 0.90 | $202.50 |
| 03/09/17 | JEP | Review revised complaint; conference with Mr. Barry | 0.50 | $180.00 |

**Total Fees**

**Legal Services Summary**



**BULKLEY RICHARDSON**

BULKLEY, RICHARDSON AND GELINAS, LLP
1500 Main Street, Suite 2700
P.O. Box 15507
Springfield, MA  01115-5507

Voice:        413-781-2820
Fax:          413-747-0770
Fed Tax ID:   04-2227402

April 25, 2017

Meredith-Springfield Associates, Inc.
moleary@meredithspfld.com

Invoice  172599
File Number 30012-00002

For Professional Services

Re: **Shipping Dispute**

Through April 15, 2017

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/17/17 | JEP | Conference with counsel | 0.70 | $252.00 |
| 03/29/17 | JEP | Revision to complaint to add bank as a defendant | 0.60 | $216.00 |
| 03/29/17 | ESZ | Revise complaint and prepare for filing | 1.00 | $255.00 |
| 03/30/17 | ESZ | Review complaint for filing | 0.20 | $51.00 |
| 03/31/17 | ESZ | Revise and file complaint | 0.40 | $102.00 |
| 04/10/17 | JEP | Prepare affidavit of service on JPMorgan | 1.00 | $360.00 |

**Legal Services Summary**



**BULKLEY, RICHARDSON AND GELINAS, LLP**
1500 Main Street, Suite 2700
P.O. Box 15507
Springfield, MA 01115-5507

Voice:    413-781-2820
Fax:      413-747-0770
Fed Tax ID:  04-2227402

May 25, 2017

Meredith-Springfield Associates, Inc.
moleary@meredithspfld.com

Invoice 173317
File Number 30012-00002

,

For Professional Services

Re: **Shipping Dispute**

Through May 15, 2017

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/19/17 | ESZ | Draft correspondence to client; research options for service of process in Texas for service upon Puma Logistics | 0.50 | $127.50 |
| 04/25/17 | ESZ | Telephone conference with counsel for bank; review deadlines for possible default motion; review issues in service on Puma Logistics | 0.40 | $102.00 |
| 04/26/17 | JEP | Telephone conference with Mr. Maltby | 0.60 | No Charge |
| 04/27/17 | ESZ | Review deadlines related to possible default; | 0.40 − .2 | $102.00 − 51.00 |
|  |  | draft beginning of default motion |  |  |
| 05/09/17 | ESZ | telephone conference with counsel for JP Morgan; draft correspondence to counsel for JP Morgan | 0.80 − .4 | $204.00 − 102.00 |

**Total Fees**



**BULKLEY RICHARDSON**

| BULKLEY, RICHARDSON AND GELINAS, LLP | | |
|---|---|---|
| 1500 Main Street, Suite 2700 | Voice: | 413-781-2820 |
| P.O. Box 15507 | Fax: | 413-747-0770 |
| Springfield, MA 01115-5507 | Fed Tax ID: | 04-2227402 |

June 29, 2017

Meredith-Springfield Associates, Inc.
moleary@meredithspfld.com

Invoice 174020
File Number 30012-00002

For Professional Services

Re: **Shipping Dispute**

Through June 15, 2017

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 05/24/17 | ESZ | Telephone conferences with insurance company; review answer from bank; telephone call to bank | 1.60 | $408.00 |
| 05/25/17 | ESZ | Telephone conferences with insurance company for Puma; review affidavit; draft correspondence to client; conference with Mr. Poindexter regarding resolution | 1.70 | No Charge |
| 05/26/17 | ESZ | Draft correspondence regarding affidavit requested by insurer; draft correspondence to client | 0.20 | No Charge |
| 05/30/17 | ESZ | Review correspondence from Puma's insurer | 0.10 | No Charge |
| 06/01/17 | ESZ | Review and send correspondence regarding bank | 0.10 | No Charge |
| 06/05/17 | ESZ | Draft correspondence to Puma's insurance adjuster regarding affidavit regarding check | 0.20 | No Charge |
| 06/09/17 | ESZ | Conferences with Ms. Manganelli and Ms. Purrington regarding seeking reimbursement from bank; consider 176D and 93A issues involving insurance company | 1.40 | $357.00 |
| 06/12/17 | ESZ | Review correspondence from and draft correspondence to insurance adjuster; research options for 93A claim versus insurance company; conference with Mr. Poindexter | 0.90 | $229.50 |
| 06/14/17 | ESZ | Research options for 176D and 93A claims versus insurance company for Puma Logistics | 0.80 | $204.00 |
| 06/15/17 | ESZ | Draft demand letter to Puma's insurance company | 0.80 | $204.00 |

**Total Fees**


**BULKLEY RICHARDSON**

BULKLEY, RICHARDSON AND GELINAS, LLP
1500 Main Street, Suite 2700
P.O. Box 15507
Springfield, MA  01115-5507

Voice:      413-781-2820
Fax:        413-747-0770
Fed Tax ID:  04-2227402

July 24, 2017

Meredith-Springfield Associates, Inc.
moleary@meredithspfld.com

Invoice  174582
File Number 30012-00002

,

For Professional Services

Re: **Shipping Dispute**

Through July 15, 2017

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/16/17 | ESZ | Draft demand letter to Puma's insurance company; research service upon secretary of state in Texas; draft papers for alternative service | 1.80 | $459.00 |
| 06/19/17 | ESZ | Draft joint pretrial statement; draft correspondence to counsel for JP Morgan; revise joint statement and file; revise demand letter to Puma's insurer and draft correspondence to Puma's insurer | 1.50 | $382.50 |
| 06/19/17 | JEP | Review proposed joint statement; exchange correspondence with client | 0.40 | No Charge |
| 06/21/17 | ESZ | Telephone conference with counsel for JPMorgan Chase; draft correspondence to client regarding possible settlement with JPMorgan Chase; review correspondence from client | 0.50 | $127.50 |
| 06/27/17 | ESZ | Review proposed release from JPMorgan Chase | 0.30 | $76.50 |
| 06/28/17 | JEP | Review various emails; review indemnification | 0.60 | No Charge |
| 06/28/17 | ESZ | Review proposed release from JPMorgan Chase; conference with Mr. Poindexter regarding indemnity term in lease; draft correspondence to client; attend scheduling conference in federal court | 1.80 | $459.00 |
| 06/30/17 | ESZ | draft stipulation of dismissal as to claims versus JPMorgan Chase and consult counsel for JPMorgan Chase regarding filing joint stipulation | 1.00 | $255.00 |
| 07/05/17 | ESZ | Draft correspondence to Mr. Mook, Mr. O'Leary and Mr. Maltby | 0.20 | $51.00 |



**BULKLEY RICHARDSON**

BULKLEY, RICHARDSON AND GELINAS, LLP
1500 Main Street, Suite 2700
P.O. Box 15507
Springfield, MA  01115-5507

| Voice: | 413-781-2820 |
| Fax: | 413-747-0770 |
| Fed Tax ID: | 04-2227402 |

Meredith-Springfield Associates, Inc.
File Number 30012-00002 - JEP

July 24, 2017
Invoice 174582

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/10/17 | ESZ | Research additional alternatives for serving Puma Logistics and location of Puma's principle | 0.50 | No Charge |
| 07/14/17 | ESZ | Review status of service in Florida | 0.10 | $25.50 |

**Total Fees**

**Disbursements**

Through July 15, 2017

    Postage    $8.80

Miscellaneous

06/19/17  Service of Complaint upon Puma Logistics    $55.00

    $55.00

Sheriff Fee

07/13/17  Service of Summons and Complaint upon Vitaly Parkhomchuck    $45.00

    $45.00

**Total Disbursements**    **$108.80**



BULKLEY RICHARDSON

BULKLEY, RICHARDSON AND GELINAS, LLP
1500 Main Street, Suite 2700        Voice:      413-781-2820
P.O. Box 15507                      Fax:        413-747-0770
Springfield, MA  01115-5507         Fed Tax ID:  04-2227402

August 28, 2017

Meredith-Springfield Associates, Inc.          Invoice  175097
moleary@meredithspfld.com                      File Number 30012-00002

,

For Professional Services

Re: **Shipping Dispute**

Through August 15, 2017

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/21/17 | ESZ | Draft correspondence to client; review correspondence regarding status of service in Florida | 0.30 | No Charge |
| 07/28/17 | ESZ | Review correspondence related to attempts at service on Puma | 0.10 | $25.50 |
| 08/01/17 | ESZ | Review status of attempts to serve Puma; draft correspondence to process server | 0.20 | $51.00 |
| 08/02/17 | ESZ | Review correspondence from and draft correspondence to client | 0.10 | No Charge |

**Total Fees**          **$229.50**

**Total This Bill**

Page 2


**BULKLEY RICHARDSON**

BULKLEY, RICHARDSON AND GELINAS, LLP
1500 Main Street, Suite 2700
P.O. Box 15507
Springfield, MA  01115-5507

Voice:      413-781-2820
Fax:        413-747-0770
Fed Tax ID:   04-2227402

September 26, 2017

Meredith-Springfield Associates, Inc.
moleary@meredithspfld.com

Invoice  175704
File Number 30012-00002

For Professional Services

Re: **Shipping Dispute**

Through September 15, 2017

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/28/17 | ESZ | Draft status report to court regarding service; review service upon Secretary of State of Texas | 1.80 | $459.00 |
| 08/29/17 | ESZ | Finalize and file status report on Puma service | 0.20 | $51.00 |
| 08/30/17 | ESZ | Draft correspondence to and review correspondence from client | 0.20 | $51.00 |
| 08/31/17 | ESZ | Draft correspondence to client regarding strategy; review correspondence from client about likelihood of recovery in certain amount | 0.10 | $25.50 |
| 09/06/17 | ESZ | Draft correspondence to client | 0.10 | No Charge |
| 09/08/17 | ESZ | Draft and file motion for entry of default judgment; draft affidavit in support and compile exhibits | 0.80 | $204.00 |

**Total Fees**     **$790.50**

**Legal Services Summary**

| | | | | |
|---|---|---|---|---|
| Elizabeth S. Zuckerman | Associate | 0.10 Hrs | | No Charge |
| Elizabeth S. Zuckerman | Associate | 3.10 Hrs | 255.00/hr | $790.50 |
| | | 3.20 Hrs | | $790.50 |

**Total This Bill**     **$790.50**

Page 2

 **BULKLEY
RICHARDSON**

BULKLEY, RICHARDSON AND GELINAS, LLP
1500 Main Street, Suite 2700
P.O. Box 15507
Springfield, MA  01115-5507

| Voice: | 413-781-2820 |
|---|---|
| Fax: | 413-747-0770 |
| Fed Tax ID: | 04-2227402 |

December 28, 2017

Meredith-Springfield Associates, Inc.
moleary@meredithspfld.com

,

For Professional Services

Invoice  177666
File Number 30012-00002

Re: **Shipping Dispute**

Through December 15, 2017

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 11/03/17 | ESZ | Draft and file status report | 0.30 | $79.50 |
| 11/15/17 | ESZ | Review court's order; draft correspondence to client; review correspondence from client | 0.20 | $53.00 |
| 12/06/17 | ESZ | Review court's order regarding hearing on notice; conference with Mr. Poindexter regarding federal court action | 0.20 | $53.00 |
| 12/08/17 | ESZ | Draft correspondence to client regarding upcoming court appearance | 0.10 | $26.50 |

**Total Fees** **$212.00**

**Legal Services Summary**

| Elizabeth S. Zuckerman | Associate | 0.80 Hrs | 265.00/hr | $212.00 |
|---|---|---|---|---|
| | | 0.80 Hrs | | $212.00 |

**Disbursements**

Through December 15, 2017

Miscellaneous

10/31/17  Attempted Service of Complaint upon Puma Logistics $90.00

$90.00

**Total Disbursements** **$90.00**

**Total This Bill** **$302.00**

Page 2