✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Meredith-Springfield Associates, Inc

V.

PUMA LOGISTICS, LLC

**EXHIBIT AND WITNESS LIST**

Case Number: 17-cv-30035-MGM

| PRESIDING JUDGE<br>Katherine A. Robertson | PLAINTIFF'S ATTORNEY<br>Elizabeth S. Zuckerman | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE (S)<br>1/8/2018 | COURT REPORTER<br>FTR | COURTROOM DEPUTY<br>Melissa M. Calderón |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |  | 1/8/2018 | Yes | Yes | Copy of Check from Great American Insurance Company to Puma Logistics, LLC |
| 2 |  | 1/8/2018 | Yes | Yes | Letter to Puma Logistics, LLC from Great American Insurance Group dated July 6, 2018 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages