| | | | |
|---|---|---|---|
| **Account Number:** | 4239723583 | **Paid Date:** | 10/28/2016 |
| **Account Name:** | ADIS CLAIMS | **Addl Data:** | |
| **Serial Number:** | 11308953 | **Payee Name 1:** | |
| **Description:** | | **Payee Name 2:** | |
| **Amount:** | 10,603.83 | **Seq/Ref#:** | 0089379750 |
| **Issue Date:** | | | |



```
CLAIM NO.:   571 571621 01 1       GREAT AMERICAN INSURANCE COMPANY, AS AGENT FOR:     No. 910-645247
POLICY NO.:  TMP4103463                GREAT AMERICAN INS. CO OF NEW YORK
DATE/LOSS:   03/03/16                  301 EAST FOURTH STREET, 21ST FLOOR         DATE 07/29/16
INSURED:     PUMA LOGISTICS LLC        CINCINNATI, OH  45202
CLAIMANT:

STMT. OF ACCT. CARGO LOSS/PO 5354 LESS DEDUCTIBLE OF $1,000

  PAY:  THE SUM OF 10,603 DOLLARS AND 83 CENTS              $*****10,603.83**
                                                            VOID AFTER 180 DAYS

         PUMA LOGISTICS LLC       AND                    SWETT & CRAWFORD OF TX INC
PAY TO   MEREDITH-SPRINGFIELD                  PRODUCER: 14643 DALLAS PKWY STE 400
THE      ASSOCIATES, INC.                                DALLAS              TX   75254
ORDER
OF

                                                   Great American Insurance Company
PNC BANK, N.A.   070                        By:  _David J. Witzgall, Vice-President & Controller_
ASHLAND, OH
66-389/412

⑈011308953⑈  ⑆041203895⑆  4239723583⑈
```

Retrieved: Tuesday, November 01, 2016 2:06:28 PM
Check Management



PLAINTIFF'S EXHIBIT
17cv30035