Property & Inland Marine Claims
301 East 4th Street, 21N
Cincinnati, Ohio 45202

P.O. Box 5440
Cincinnati, Ohio 45201-5440



July 6, 2016

**CERTIFIED MAIL-RETURN RECEIPT**
**REGULAR MAIL**

Puma Logistics, LLC
Attn: Vitaliy Parkhomchuk
204 Moss Hill Rd
Irving, TX  75063

        Claim:  571571621
        DOL:    March 3, 2016

Dear Mr. Parkhomchuk:

This letter serves to outline the settlement of the above referenced claim.

Please be advised that we have reached an agreement with Meredith Springfield Associates, Inc. in the amount of $11,599.33 for the direct physical loss to cargo under invoice number 103519.  From that we take your deductible of $1,000.00 to bring the payment to be issued by Great American Insurance Company to Meredith Springfield Associates, Inc. in the amount of $10,599.33.

Please be advised that you are responsible to pay the claimant your applicable deductible of 1,000.00

        Meredith Springfield Associates, Inc.
        321 Moody St
        Ludlow, MA  01056
        Attn: Sandra Parent
        Ref: Inv # 103519

Thank you for your cooperation in this matter.  If you have any further questions, feel free to contact me at 877-815-9497.

Sincerely,

*Laurie D. Karkos*

Laurie D. Karkos
Property & Inland Marine Claims



c:    Meredith Springfield Associates, Inc.
321 Moody St
Ludlow, MA  01056
Attn: Sandra Parent
Ref: Inv # 103519

Swett & Crawford of TX, Inc.
14643 Dallas Parkway, Ste 400
Dallas, TX  75254-1613